Joseph G. Went, Esq. (NV Bar #9220)
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Telephone: 702-669-4630
jgwent@hollandhart.com

Timothy A. Lukas, Esq. (NV Bar #4678)
Holland & Hart LLP
5470 Kietzke Lane, Suite 100
Reno, NV 89511
Telephone: 775-327-3000
tlukas@hollandhart.com

*Attorneys for Defendant*
*DELPHI CRE FUNDING LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER BEAVOR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DELPHI CRE FUNDING LLC, a Delaware Limited Liability Company, Defendants DOES I through X and ROE CORPORATIONS I through X,<br><br>Defendants. | **Case No.: 2:25-cv-01106-APG-DJA**<br><br>~~STIPULATION AND~~ **ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS STIPULATED, by and between Plaintiff CHRISTOPHER BEAVOR ("Plaintiff") and Defendant DELPHI CRE FUNDING LLC ("Defendant"), by and through their respective attorneys of record, that the time allowed for Defendant to respond to Plaintiff's Complaint [ECF No. 1] shall be extended up to and including August 25, 2025.

. . .

. . .

. . .

. . .

1

This is Defendant's first request for an extension of time to respond to the Complaint. This stipulation is made in good faith and not in an attempt to delay proceedings, but rather is made to accommodate counsel for Defendant in preparing a response to the Complaint.

Dated this 14th day of July, 2025.

**SALTZMAN MUGAN DUSHOFF**

*/s/ Joel Schwarz*
Joel Schwarz (9181)
Elizabeth Friedman (14472)
Saltzman Mugan Dushoff
1835 Village Center Circle
Las Vegas, NV 89134
Telephone: 702-405-8500

*Attorneys for Plaintiff*

Dated this 14th day of July, 2025.

**HOLLAND & HART LLP**

*/s/ Joseph G. Went*
Joseph G. Went (9220)
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Telephone: 702-669-4630

-and-

Timothy A. Lukas (4678)
Holland & Hart LLP
5470 Kietzke Lane, Suite 100
Reno, NV 89511
Telephone: 775-327-3000

*Attorneys for Defendant*

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 15, 2025