# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHRISTOPHER BEAVOR,

    Plaintiff

v.

DELPHI CRE FUNDING LLC,

    Defendant

Case No.: 2:25-cv-01106-APG-DJA

**Order Deeming Order to Show Cause Satisfied**

In light of plaintiff Christopher Beavor's response to the order to show cause (ECF No. 9),

I ORDER that the order to show cause (ECF No. 5) is satisfied, and I will not dismiss this action for lack of subject matter jurisdiction or transfer it to this court's unofficial northern division at this time.

DATED this 17th day of July, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE