UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| CHRISTOPHER BEAVOR, | Case No.: 2:25-cv-01106-APG-DJA |
|---|---|
| Plaintiff | **Order Striking Certificates of Interested Parties** |
| v. | |
| DELPHI CRE FUNDING LLC, | |
| Defendant | |

I ORDER that plaintiff Christopher Beavor's certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the plaintiff's citizenship as required by that rule.

I FURTHER ORDER that defendant Delphi CRE Funding LLC's certificate of interested parties (ECF No. 14) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the defendant's citizenship as required by that rule. I remind Delphi that as a limited liability company, it is "a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

I FURTHER ORDER these parties to file a proper certificate of interested parties by September 9, 2025.

DATED this 26th day of August, 2025.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE