Joseph G. Went, Esq. (NV Bar #9220)
Holland & Hart LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Telephone: 702-669-4630
jgwent@hollandhart.com

Timothy A. Lukas, Esq. (NV Bar #4678)
Holland & Hart LLP
5470 Kietzke Lane, Suite 100
Reno, NV 89511
Telephone: 775-327-3000
tlukas@hollandhart.com

*Attorneys for Defendant*
*DELPHI CRE FUNDING LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER BEAVOR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DELPHI CRE FUNDING LLC, a Delaware Limited Liability Company, Defendants DOES I through X and ROE CORPORATIONS I through X,<br><br>Defendants. | **Case No.: 2:25-cv-01106-APG-DJA**<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE REPLY IN SUPPORT OF DELPH CRE FUNDING LLC'S MOTION TO DISMISS COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS STIPULATED, by and between Plaintiff CHRISTOPHER BEAVOR ("Plaintiff") and Defendant DELPHI CRE FUNDING LLC ("Defendant"), by and through their respective attorneys of record, that the time allowed for Defendant to file its reply in support of its Motion to Dismiss Complaint (the "Motion"), on file herein as ECF No. 11, is extended from September 22, 2025, up to and including October 9, 2025.

. . .

. . .

. . .

1

This is Defendant's first request for an extension of time to file its reply in support of the Motion. This stipulation is made in good faith and not in an attempt to delay proceedings, but is made to accommodate counsel for Defendant in preparing its reply in support of the Motion.

Dated this 22nd day of September, 2025.                    Dated this 22nd day of September, 2025.

**SALTZMAN MUGAN DUSHOFF**                                  **HOLLAND & HART LLP**

*/s/ Joel Schwarz, Esq.*                                   */s/ Joseph G. Went, Esq.*
Joel Schwarz (9181)                                         Joseph G. Went (9220)
Elizabeth Friedman (14472)                                  Holland & Hart LLP
Saltzman Mugan Dushoff                                      9555 Hillwood Drive, 2nd Floor
1835 Village Center Circle                                  Las Vegas, NV 89134
Las Vegas, NV 89134                                         Telephone: 702-669-4630
Telephone: 702-405-8500

*Attorneys for Plaintiff*                                   -and-

Timothy A. Lukas (4678)
Holland & Hart LLP
5470 Kietzke Lane, Suite 100
Reno, NV 89511
Telephone: 775-327-3000

*Attorneys for Defendant*

IT IS SO ORDERED:

Dated: September 23, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE