SALTZMAN MUGAN DUSHOFF
JOEL Z. SCHWARZ
Nevada Bar No. 009181
E-Mail: jschwarz@nvbusinesslaw.com
ELIZABETH FRIEDMAN
Nevada Bar No. 014472
E-Mail: efriedman@nvbusinesslaw.com
1835 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 405-8500
Facsimile: (702) 405-8501

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTOPHER BEAVOR, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> DELPHI CRE FUNDING LLC, a Delaware Limited Liability Company, Defendants DOES I through X and ROE CORPORATIONS I through X, <br><br> Defendants. | CASE NO. 2:25-cv-01106-APG-DJA <br><br> **JOINT MOTION TO STAY DISCOVERY PENDING DECISION ON DEFENDANT'S MOTION TO DISMISS COMPLAINT** |

Plaintiff CHRISTOPHER BEAVOR ("Beavor") and Defendant DELPHI CRE FUNDING LLC ("Delphi," and together with Beavor, the "Parties"), by and through their undersigned counsel of record, respectfully move the Court to stay discovery in this action pending resolution of Delphi's Motion to Dismiss Complaint [ECF No. 11] (the "Motion to Dismiss"), briefing of which will be completed on October 9, 2025. *See* Order Granting Stipulation for Extension of Time (First Request), ECF No. 22.

This Joint Motion is based on the following Memorandum of Points and Authorities and the pleadings and documents filed in this case, incorporated by reference as if fully set forth herein.

/ / /

/ / /

## MEMORANDUM OF POINTS AND AUTHORITIES

District courts have "broad discretion when deciding whether to grant a motion to stay discovery." *Catalystix Inc. v. Legacy Creative Inc., et al.*, No. 21-cv-01253, 2022 WL 1694587, at *2 (D. Nev. Mar. 17, 2022). In this District, courts apply a two-part test when evaluating whether there is good cause to stay discovery pending resolution of a dispositive motion. *Sanchez v. Windhaven Nat'l Ins. Co.*, No. 2:19-cv-02196, 2020 WL 3489333, at *2 (D. Nev. June 25, 2020). The Court considers (1) "whether the pending motion is potentially dispositive of the entire case," and (2) "whether that motion can be decided without additional discovery." *Navajo Health Found. – Sage Mem'l Hosp., Inc. v. Razaghi Dev. Co., LLC*, No. 2:19-cv-00329, 2021 WL 1397229, at *6 (D. Nev. Jan. 15, 2021). "With Rule 1 in mind, a court deciding on a motion to stay discovery considers whether it is more just to speed the parties along in discovery and other proceedings while a dispositive motion is pending, or whether it is more just to delay or limit discovery and other proceedings to accomplish the inexpensive determination of the case." S*eelig v. Old Vegas Manor & Ests. Homeowners Ass'n*, No. 2:20-cv-01976, 2021 WL 5415332, at *2 (D. Nev. Nov. 18, 2021) (internal quotations omitted).

Delphi first appeared in this matter on August 25, 2025, when it filed its Motion to Dismiss. ECF No. 11 The Parties, with approval from the Court, modified the briefing schedule on the Motion to Dismiss to allow Beavor additional time to file an opposition and Delphi additional time to file a reply, such that briefing will be completed October 9, 2025. *See* ECF Nos. 18, 19, 20, 21, 22.

Pursuant to LR 26-1(a), the Parties are to conduct a discovery scheduling conference pursuant to Fed. R. Civ. P. 26(f) within 30 days of Delphi's appearance and submit a stipulated discovery plan and scheduling order within 14 days thereafter. *See id.* Since Delphi first appeared on August 25, 2025, the Rule 26(f) conference is to occur by September 24, 2025, and a stipulated discovery plan and scheduling order is due by October 8, 2025. However, as set forth above, briefing on the Motion to Dismiss will not be completed until October 9, 2025. Further, the Motion to Dismiss is potentially dispositive of the entire case and is based on purely legal arguments which do not require discovery. Staying discovery in this case until the Motion to Dismiss has been fully

briefed and decided therefore will prevent the Parties from incurring litigation expenses until the Court has determined the scope of the action going forward. Accordingly, the Parties respectfully request that this Court stay discovery pending the outcome of Delphi's Motion to Dismiss.

DATED this 25th day of September 2025.

**SALTZMAN MUGAN DUSHOFF**

By    */s/ Joel Z. Schwarz*
JOEL Z. SCHWARZ
Nevada Bar No. 009181
ELIZABETH FRIEDMAN
Nevada Bar No. 014472
1835 Village Center Circle
Las Vegas, Nevada 89134

*Attorneys for Plaintiff*

**HOLLAND & HART LLP**

By    */s/ Joseph G. Went*
JOSEPH G. WENT (9220)
Email: jgwent@hollandhart.com
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Telephone: 702-669-4630

-and-

TIMOTHY A. LUKAS (4678)
Email: tlukas@hollandhart.com
5470 Kietzke` Lane, Suite 100
Reno, NV 89511
Telephone: 775-327-3000

*Attorneys for Defendant*

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 23) is GRANTED. IT IS FURTHER ORDERED that if this case proceeds after the Court decides the motion to dismiss (ECF No. 11), the parties shall file their stipulated discovery plan within **thirty** days of the Court's order.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE
DATED: September 29, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of SALTZMAN MUGAN DUSHOFF, and that on the 25th day of September 2025, I caused to be served a true and correct copy of the foregoing **JOINT MOTION TO STAY DISCOVERY PENDING DECISION ON DEFENDANT'S MOTION TO DISMISS COMPLAINT** in the following manner:

(ELECTRONIC SERVICE)  Pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

Elizabeth Friedman    efriedman@nvbusinesslaw.com, ckishi@nvbusinesslaw.com

Joel Z Schwarz    jschwarz@nvbusinesslaw.com, ckishi@nvbusinesslaw.com, pferrugia@nvbusinesslaw.com

Joseph G. Went    jgwent@hollandhart.com, Intaketeam@hollandhart.com, tlpond@hollandhart.com, vlarsen@hollandhart.com

  /s/ Cindy Kishi
An Employee of SALTZMAN MUGAN DUSHOFF